[Crim. No. 2355. Second Appellate District, Division One.—April 1, 1933.]

THE PEOPLE, Respondent, v. GEORGE W. SHAFFER, Appellant.

Harold D. Kraft for Appellant.

U. S. Webb, Attorney-General, and Bayard Rhone for Respondent.

THE COURT.—On motion for dismissal of appeal. ■
It appearing that the order denying defendant's motion to change his plea from guilty to not guilty is a nonappealable order:

Now, therefore, on motion of the attorney-general, the purported appeal from said order is dismissed. (Pen. Code, sec. 1237; *People* v. *Dabner*, 153 Cal. 398 [95 Pac. 880]; *People* v. *Patello*, 125 Cal. App. 480 [13 Pac. (2d) 1068].)